HENRY F. MALL et al., Respondents, *v.* HARRY B. SLOAN, Appellant, Impleaded with Others.

Argued June 1, 1939; decided June 21, 1939.

*Lurton G. Whiteman* and *Floyd E. Whiteman* for appellant.
*George Hoffenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.